## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2628
DIRECT FAX
917-777-2628
EMAIL ADDRESS
JAY.KASNER@SKADDEN.COM

June 28, 2016

<u>VIA ECF</u>

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re: *In re Petrobras Securities Litigation*, Appeal No. 16-1914,
<u>Emergency Motion for Stay Pending Appeal</u>

Dear Ms. O'Hagan Wolfe:

We represent the Defendants-Appellants collectively known as the Underwriter Defendants[1] in the captioned appeal. Counsel for Petroleo Brasileiro S.A. ("Petrobras") and others filed earlier today Defendants-Appellants' Emergency Motion for a Stay Pending Appeal (ECF 45). To avoid any doubt, we write to make clear that the Motion filed by Petrobras was also filed on behalf of the Underwriter Defendants.

Sincerely,

*/s/ Jay B. Kasner*

Jay B. Kasner

cc: Jeremy Lieberman, Esq. (by hand)

---

[1] The Underwriter Defendants are: (1) Banca IMI S.p.A.; (2) Banco Bradesco BBI S.A.; (3) Bank of China (Hong Kong) Limited; (4) BB Securities Ltd.; (5) Citigroup Global Markets Inc.; (6) HSBC Securities (USA) Inc.; (7) Itau BBA USA Securities, Inc.; (8) JP Morgan Securities LLC; (9) Merrill Lynch, Pierce, Fenner & Smith Incorporated; (10) Mitsubishi UFJ Securities (USA), Inc.; (11) Morgan Stanley & Co. LLC; (12) Scotia Capital (USA) Inc.; and (13) Standard Chartered Bank.