# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of July, two thousand and sixteen.

Before:     Peter W. Hall,
               *Circuit Judge.*
_____

| | |
|---|---|
| Universities Superannuation Scheme Limited, Employees Retirement System of the State of Hawaii, North Carolina Department of State Treasurer, | **ORDER** |
|      Plaintiffs - Appellees, | Docket No. 16-1914 |
| v. | |
| Petroleo Brasileiro S.A. Petrobras, BB Securities Ltd., Merril Lynch, Pierce, Fenner & Smith Incorporated, Bank of China (Hong Kong) Limited, Banca IMI, S.p.A., Scotia Capital (USA) Inc., Theodore Marshall Helms, Petrobras Global Finance B.V., Petrobras America Inc., Citigroup Global Markets Inc., Itau BBA USA Securities, Inc., J.P.Morgan Securities LLC, Morgan Stanley & Co. LLC, Mitsubishi UFJ Securities (USA), Inc., HSBC Securities (USA) Inc., Standard Chartered Bank, Banco Bradesco BBI S.A., | |
|      Defendants – Appellants. | |

     Appellants move for a stay of the district court proceedings – including argument on the summary judgment motions scheduled for August 5, 2016 and the trial scheduled for September 19, 2016 – pending this Court's resolution of the appeal. Appellees oppose the motion.

     It is hereby ORDERED that the motion for a stay of the district court proceedings pending appeal is REFERRED to the three-judge panel sitting on July 26, 2016. It is further ORDERED that a temporary stay of the district court proceedings is granted pending determination of the motion for a stay pending appeal by the panel.

                                                     For the Court**:**

                                                     Catherine O'Hagan Wolfe,
                                                     Clerk of Court

